## MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Alan Krause

Date: 1/27/06
Case No: 1:05CR304-1
Judge: Judge Donald C Nugent
Court Reporter: Shirle Perkins
Date of Arrest: _____

U.S. Attorney  Justin Roberts

Attorney for Defendant(s): Gerald Messerman

CJA Apt ☐
Fed. Defender: ☐
Retained: ☐

Defendant arraigned, plea of ☐ GUILTY ☐ NOT GUILTY ☐ NOLO CONTENDERE

entered to count(s) _____ of the Indictment ☐ Information ☐

Plea of NOT GUILTY withdrawn, plea of:

☐ GUILTY ☐ NOLO CONTENDERE entered to count(s) _____ Indictment ☐ Information ☐

☐ Referred for Presentence Investigation.   Sentencing scheduled for: _____

Bond $ _____ set ☐ continued ☐ Pretrial Detention ☐

☐ Motion of government for detention pending trial. Detention Hearing set for: _____

☐ Term Referral to Magistrate Judge

**SENTENCE:**

Committed to the custody of the Bureau of Prisons for a period of __16__ months on count(s) One

☐ Indictment ☒ Information to run ☐ consecutively ☐ concurrently.

Period of __1__ year of supervised release with ☒ standard ☐ special conditions as ordered (see reverse side of form).

Fined the sum of $ _____   Fine Waived ☐

Restitution $ _____   Not ordered ☐   Reason _____

I.S.S., Probation ordered for a period of _____ months ☐ years ☐ on count(s) _____

☐ Indictment ☐ Information with ☐ standard ☐ special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $ 100.00 on counts One . Total $ 100.00

Upon motion of U.S. Attorney, counts(s) _____ of the ☐ Indictment ☐ Information are hereby dismissed.

# STANDARD AND SPECIAL CONDTIONS OF SUPERVISED RELEASE/PROBATION

☐ The defendant shall provide the probation office access to any requested financial information.

☐ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the payment schedule.

☐ The defendant shall reside in a community treatment center, halfway house, or similar facility of a period of _____ days ☐ months ☐ to begin not later than _____
(Work ☐ medical ☐ release privileges granted).

☐ The defendant shall participate in the Home Confinement Program (with ☐ without ☐ ) electronic monitoring for a period of _____ days ☐ months ☐, beginning no later than _____ calendar days from release from custody. The defendant is required to remain at residence unless given written permission to be elsewhere. The defendant may leave residence to work, to receive medical treatment and to attend religious services. The defendant may participate in the Earned Leave Program. The defendant (is ☐ is not ☐ ) to pay the cost of the program.

☐ The defendant shall participate in an outpatient program approved by the U.S. Probation Office for the treatment of alcohol and/or drug dependency which will include testing to determine if the defendant has reverted to the use of alcohol and/or drugs.

☐ The defendant shall participate in an outpatient mental health program approved by the U.S. Probation Office.

☐ The defendant shall pay the imposed fine of $ _____

☐ The defendant shall make restitution to _____ in the amount of $ _____

☐ The execution of the sentence of imprisonment is deferred and the bond continued until _____ at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution prior to 2:00 p.m.

☐ The defendant's bond is revoked and the defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall report in person to the U.S. Probation Office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

☐ Pursuant to The Violent Crime and Law Enforcement Act of 1994, the defendant is subject to a mandatory drug test within 15 days following the commencement of supervision and at least two additional drug tests during the course of supervision.

☑ Recommendation to the Bureau of Prisons: **Pensicola, Florida**

☐ The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921, nor possess any dangerous weapon.

☐ The defendant shall participate in the Bureau of Prisons Drug Treatment Program while incarcerated.

---

☐ Plea agreement executed by parties.
☐ Pretrial Conference is scheduled and will take place on: _____
☐ Jury Trial is scheduled and will take place on: _____
☐ Sentencing scheduled for: _____
☐ The defendant advised of his appeal rights.
☐ The defendant is granted credit for time already served in relation to this matter.

**COMMENTS:** The defendant may self-report to the BOP.
Witnesses called and testimony taken.

Total Time: 1 Hour and 30 minutes

Copy issued to Probation, Pretrial Services, U.S. Attorney, and USM

s/ Y. Joy Gadomski
Courtroom Deputy Clerk

(Revised 5/23/05)